U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED IN CLERK'S OFFICE

DEC 22 2022
   23

CHARLES R. DIARD, JR.
        CLERK

APPENDIX A
COMPLAINT FORMAT

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
_____ DIVISION

(Name of Plaintiff)
**Plaintiff** Woodie F Marrisette

vs.

Civil Action No. 22-CV-514-JB-N

(Name of Defendant(s))
**Defendant** Aspire Credit Card Po. Box 650832
Dallas TX 75265-0832

**COMPLAINT**
(Double space text of complaint)

Credit Card Fraud Attention To down to My

(Grounds for jurisdiction)

1. Credit Score. I Maid Paid ment on Time every Month Payment I'am Sending The Court Prove of Accounting

2. Credit Card Fraud

(Show plaintiff's name(s) and residence or address) Woodie Frank Marrisette 2320 Dopey Creek RD Jackson AL 36545

3.

(Show defendant(s) name(s) and address(es))
Aspire Credit card
P.o. Box 650832
Dallas TX 75265-0832

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

12-21-2022
DATE

Woodie F Marrisette
SIGNATURE OF PLAINTIFF/PETITIONER

2320 Dopey Creek RD
ADDRESS Jackson AL 36545

Mr Woodie Marrisette
2320 Dodey Creek Rd
Jackson, AL 36545

MOBILE AL 366
21 DEC 2022

DEC 21 2022
USPS



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
CLERK
155 ST. JOSEPH STREET MOBILE,
ALABAMA 36602