IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WOODIE F. MARRISETTE,** ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:22-00514-JB-N** |
| ) | |
| **ASPIRE CREDIT CARD,** ) | |
|     Defendant. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 9) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), and dated June 9, 2023, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this civil action is **DISMISSED without prejudice** *sua sponte* under Federal Rule of Civil Procedure 12(h)(3) for lack of subject-matter jurisdiction.

Judgment in accordance with this order shall hereafter be set out by separate document, in accordance with Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 6th day of July, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE