IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WOODIE F. MARRISETTE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:22-00514-JB-N |
| | ) | |
| ASPIRE CREDIT CARD, | ) | |
|     Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date adopting the recommendation of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that this civil action is **DISMISSED without prejudice**, and that **JUDGMENT** is accordingly entered in favor of the Defendant, **ASPIRE CREDIT CARD**, and against the Plaintiff, **WOODIE F. MARRISETTE**.

**DONE and ORDERED** this 6th day of July, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE